THE STATE, Respondent, v. WIEDNER, Appellant.

1. Case affirmed, because no exceptions were taken to the action of the court, and no bill of exceptions filed and allowed.

*Appeal from St. Louis Criminal Court.*

*H. A. Clover*, for the State.

LEONARD, Judge. The appellant has not furnished us a brief. We have, however, examined the record and find no error in it. No exceptions were taken at the trial and preserved in the record, and of course what occurred there can not be reviewed here.